DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

ANTOINE TRINALDO WINSLETTE,

Appellant,

v.

STATE OF FLORIDA,

Appellee

No.  2D23-1578

————————————————

March 15, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

PER CURIAM.

    Affirmed.

LaROSE, MORRIS, and SMITH, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.